ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5-5-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
JOSEPH RUCKMAN,                  :
                                 :
            Plaintiff,           :
                                 :
      - v. -                     :
                                 :    STIPULATION AND ORDER
                                 :
MICHAEL J. ASTRUE,               :    08 Civ. 2528 (VM)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 19, 2008 to and including July 18, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       April 18, 2008

                THE LEGAL AID SOCIETY
                Attorneys for Plaintiff

By: _____
    ANNE K. CALLAGY, ESQ.
    953 Southern Blvd.
    Bronx, New York 10459
    Telephone No: (718)991-4758

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York
    Attorney for Defendant

By: _____
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone No.: (212) 637-2804
    Susan.Branagan@usdoj.gov

SO ORDERED: 5 May 2008

_____
Victor Marrero
UNITED STATES DISTRICT JUDGE