MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U.S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
:
JOSEPH RUCKMAN,                          :    **REVISED**
                                         :    **BRIEFING SCHEDULE**
            Plaintiff,                   :
                                         :
       - v. -                            :    08 Civ. 08-2528 (VM)
                                         :
MICHAEL J. ASTRUE,                       :
Commissioner of Social Security,         :
                                         :
            Defendant.                   :
- - - - - - - - - - - - - - - - - - - - x

       Defendant having filed his answer to the complaint on July 18, 2008,

       IT IS HEREBY ORDERED that:

       1.  Defendant's motion for judgment on the pleadings shall be served and filed on or before September 24, 2008;

       2.  Plaintiff's response to the motion shall be served and filed on or before October 27, 2008; and

       3.  Defendant's reply shall be served and filed on or before November 10, 2008.

SO ORDERED: 25 August 2008

_____
United States District Judge
Victor Marrero

TOTAL P.03