

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

~~ORIGINAL~~

August 22, 2008

**BY FAX**
Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007-1312

          Re:     Joseph Ruckman v. Astrue
                  08 CV 2528 (VM)

Dear Judge Marrero:

          This Office represents the Commissioner of Social
Security, defendant in this action.  I write respectfully to
advise the Court of recent events and to request an extension of
the briefing schedule.

          Pursuant to the Court's order of July 21, 2008,
defendant's motion is due Monday, August 25, 2008.  While
preparing the Government's brief in this case, I encountered an
issue that required additional communication with the Agency.  As
a result, the Commissioner is reconsidering his position in this
case.  Accordingly, I request a thirty-day extension of time in
which to file defendant's motion, to September 24, 2008; a
thirty-day extension of time to file plaintiff's opposition and
any cross-motion, to October 27, 2008; and a thirty-day extension
of time to file defendant's reply, to November 10, 2008.  A
proposed revised briefing schedule is enclosed.  This is the
Government's first request for an extension.  I have attempted to
obtain plaintiff's consent to this request, but I have been
informed that his attorney is not available until Monday.

          Thank you for your consideration of this matter.

                              Respectfully,

Request GRANTED. The briefing schedule with regard to the
motion _for judgment on the pleadings_ herein
is extended as set forth herein: motion papers submitted by
_9-24-08_ ; response/cross motion _10-27-08_ ;
reply _11-10-08_ .

SO ORDERED.

_8-25-08_
DATE          VICTOR MARRERO, U.S.D.J.

                              MICHAEL J. GARCIA
                              United States Attorney

                              Susan C. Branagan
                              SUSAN C. BRANAGAN
                              Assistant United States Attorney
                              Telephone: (212) 637-2804
                              Fax: (212) 637-2750

cc:  Anne K. Callagy, Esq.